———o———

HILL *v.* STARKWEATHER.

JUDGMENT.—*Appeal after Payment.*—The right of appeal is not waived by the voluntary payment of the judgment.

APPEAL from the Elkhart Circuit Court.

RAY, C. J.—The appellee moved in the court below to dismiss an appeal from the judgment of a justice of the peace, "for the reason that the transcript of the record shows that the judgment, interest, and costs, were fully paid by said plaintiff, voluntarily, prior to his perfecting the appeal in said cause."

This motion was sustained. This was error. *Armes* v. *Chappel*, 28 Ind. 469, where the case of *Dickensheets* v. *Kaufman* was referred to as authority; but the case not having been fully reported, it will be found to decide this question, by a reference to that case in 29 Ind. 154.

The motion to dismiss the appeal should have been overruled.

The judgment is reversed, with costs.

*H. D. Wilson* and *J. D. Osborn*, for appellant.

*A. S. Blake* and *R. M. Johnson*, for appellee.